Stephen M. Doniger (SBN 179314)
stephen@dongierlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff Star Fabrics, Inc.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEIN MART, INC., a Florida Corporation; CRAVE APPAREL, INC., a California Corporation; NEW DIRECTION SPORT, INC., a New York Corporation; BEALL'S, INC., a Florida Corporation, individually and doing business as "Beall's Department Stores, Inc."; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV12-9959 R (AGRx)<br>*Honorable Manuel L. Real Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

- 1 -

## ORDER:

Having reviewed the stipulation of the parties to dismiss this action and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed with prejudice with each party to bear its own costs and fees.

Date:  April 25, 2013                         _____
                                              Honorable Manuel L. Real
                                              United States District Court Judge